UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHELIA Y. BROWN,

    Plaintiff,

v.

Civil Case No. 17-13525
Honorable Linda V. Parker

SWISSPORT SA, LLC,
PAM LESKO, and SUZANNE HAGUE,

    Defendants.
_____/

# OPINION AND ORDER GRANTING PLAINTIFF'S MOTIONS AND STAYING PROCEEDINGS FOR FORTY-FIVE (45) DAYS

Plaintiff initiated this pro se lawsuit on October 30, 2017, claiming race discrimination in violation of federal law. Defendants Suzanne Hague and Pam Lesko responded to Plaintiff's Complaint by filing a motion to dismiss on December 6, 2017. (ECF No. 8.) Defendant Swissport SA, LLC filed an Answer on the same date. Plaintiff has since filed two "motions" (ECF Nos. 11, 12), indicating that she is seeking to find counsel to assist her in this litigation. Plaintiff seeks an extension to seek legal assistance.

The Court finds good cause to stay this matter for forty-five (45) days for Plaintiff to seek legal counsel to assist her in these proceedings and therefore is granting her motions. The matter is **STAYED** for **forty-five (45) days**. On or before the expiration of that forty-five day period, Plaintiff shall secure counsel

who shall enter his or her appearance on the docket or the Court will assume that Plaintiff is continuing to proceed pro se. The Court will enter an order lifting the stay at that time.

If Plaintiff wishes to supplement her response to the pending motion to dismiss after she has the opportunity to seek legal advice (even if she is unable to secure counsel to represent her in this matter), she may file a supplemental response to the pending motion to dismiss within seven (7) days of the Court's order lifting the stay.

**SO ORDERED**.

Dated: February 1, 2018    s/Linda V. Parker
                                           U.S. District Court Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 1, 2018, by electronic and/or ordinary mail.

                            s/Julie Owens acting in the absence of Richard Loury
                            Case Manager